UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| ATP Oil & Gas Corporation | § | Civil Action No.  4:16cv1514 |
|     Debtor | § | |
| | § | Adversary Case No.  12-3443 |
| Schlumberger Technology Corporation et al | § | |
|     Appellants | § | |

# Notice of Filing of an Appeal

1. A notice of appeal to the district court was filed before the bankruptcy court on  May 27, 2016

2. This appeal has been assigned to United States District Judge Gray H Miller.

3. The appeal has been docketed as 4:16cv1514.

4. Motions affecting this appeal, or the judgment or order from which this appeal is taken must be filed in accordance with Fed. R. Bankr. P. 8006, 8007, 8008 and 8009(e).

5. Within 14 days after the notice of appeal was filed, the appellant must file a designation of the record. *See* Fed. R. Bankr. P. 8009. Appellee designations are due within 14 days after service of the notice of appeal.

6. Designations of the record must be filed with the bankruptcy court. Do not file copies of designated items that are already on file with the bankruptcy court. Parties must electronically file copies of admitted trial exhibits they designate for inclusion in the record.


Date: May 31, 2016

                                              David J. Bradley, Clerk of Court
                                              <u>S Murdock</u>
                                               Deputy Clerk