UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| ATP OIL & GAS CORPORATION, | § | CIVIL ACTION NO. 4:16CV1514 |
| Debtor | § | |
| | § | ADVERSARY CASE NO. 12-3443 |
| SCHLUMBERGER TECHNOLOGY | § | |
| CORPORATION ET AL, | § | |
| Appellants | § | |

## APPELLANTS' MOTION TO DISMISS APPEAL

Schlumberger Technology Corporation, M-I L.L.C. d/b/a M-I SWACO, Canrig Drilling Technology, Ltd., Smith International, Inc., Wireline Control Services, LLC, Harvey Gulf International Marine, LLC, Hornbeck Offshore Services, LLC, Warrior Energy Services Corporation, Fastorq, L.L.C., Stabil Drill Specialties, L.L.C., Workstrings International, L.L.C., Superior Energy Services, L.L.C., d/b/a Superior Completion Services, Champion Technologies, Inc. and Offshore Energy Services, Inc. (collectively, the "Appellants") file this Motion to Dismiss Appeal.

Appellants filed this appeal on May 27, 2016, appealing an order issued by the Bankruptcy Court in Adversary Case No. 12-3443 at Docket No. 294 (the "Appealed Order"). However, the Bankruptcy Court has vacated the Appealed Order [Adv. Case 12-3443, Docket No 309]. As a result of the Bankruptcy Court vacating the Appealed Order, pursuant to Bankruptcy Rule 8023, the Appellants seek to dismiss this Appeal.

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully request the Court dismiss this Appeal.

*Signatures on following page*

June 23, 2016                                    Respectfully Submitted:

**ADAMS AND REESE LLP**

/s/ *Robin B. Cheatham*
Robin B. Cheatham (So. District No. 18036)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139-4500
Telephone: (504) 581-3234
Telecopier: (504) 566-0210
Email: robin.cheatham@arlaw.com
*Attorneys for Harvey Gulf International*
*Marine, LLC, Hornbeck Offshore Services, LLC*

**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
/s/ *Benjamin W. Kadden*
Stewart F. Peck
Louisiana Bar No. 10403, *pro hac vice*
Christopher T. Caplinger,
Louisiana Bar No. 25357, *pro hac vice*
Benjamin W. Kadden,
Texas Bar No. 24077542
Joseph P. Briggett, *pro hac vice*
Louisiana Bar No. 33029
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Telecopier: (504) 310-9195
Email: speck@lawla.com,
ccaplinger@lawla.com
bkadden@lawla.com, jbriggett@lawla.com
*Attorneys for Warrior Energy Services Corporation,*
*Fastorq, L.L.C., Stabil Drill Specialties, L.L.C.,*
*Workstrings International, L.L.C., and Superior*
*Energy Services, L.L.C., d/b/a Superior Completion*
*Services*

**LISKOW & LEWIS**
/s/ *Michael D. Rubenstein*
Michael D. Rubenstein (Bar #24047514)
First City Tower
1001 Fannin Street, Ste. 1800
Houston, Texas 77002
Telephone: (713) 651-2953

Facsimile: (713) 651-2952
Email: mdrubenstein@liskow.com
*Attorneys for Champion Technologies, Inc. and Offshore Energy Services, Inc.*

**SNOW SPENCE GREEN LLP**

*/s/ Kenneth Green*
Phil F. Snow
State Bar No. 18812600
philsnow@snowspencelaw.com
Kenneth Green
State Bar No. 24036677
kgreen@snowspencelaw.com
Ross Spence
State Bar No. 18918400
ross@snowspencelaw.com
2929 Allen Parkway, suite 2800
Houston, TX 77019
Telephone: (713) 335-4802
Fax: (713) 335-4902
*Attorneys for Schlumberger Technology Corporation, M-I L.L.C. D/B/A M-I Swaco, Canrig Drilling Technology, Ltd., Smith International, Inc. and Wireline Control Services, LLC*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served on this 23th day of June, 2016 upon all counsel of record via the Court's electronic case filing system (ECF).

By: *Kenneth Green*